### 27472. SIMS v. THE STATE.

GUERRY, J. Where a pint of whisky is found in a trap within the kitchen floor of the defendant's house, the presumption of law is that the possession of the whisky is that of the defendant; though this presumption is rebuttable. Though another person boarded in the same house with the defendant, the jury had the right to conclude from the evidence that the possession of the whisky so found was that of the defendant. *George* v. *State*, 37 *Ga. App.* 513 (140 S. E. 903). No error of law is complained of. The court did not err in overruling the motion for new trial.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED APRIL 25, 1939.

*R. Terry,* for plaintiff in error.
*J. R. Thompson Jr., solicitor,* contra.

### 27486. AUSTIN v. THE STATE.

GUERRY, J. No error of law is complained of. The verdict is amply supported by the evidence.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED APRIL 25, 1939.

*Astor Merritt, S. W. Ragsdale,* for plaintiff in error.
*Hal C. Hutchens, solicitor-general,* contra.